# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1492. WILLIE G. SMITH v. WALTON RESIDENTIAL SERVICES.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Willie Smith appealed to the superior court, which granted the plaintiff's motion for summary judgment. Smith then appealed directly to this Court. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Smith's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  05/24/2024

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*